UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22 cr 190 MSS - SPF
                                            21 U.S.C. § 841
                                            21 U.S.C. § 846
ARNULFO RODRIGUEZ-MUÑOZ
ENRIQUE VELASQUEZ
HERIBERTO CASTILLO and
DAVID CEBALLOS

## MOTION TO SEAL INDICTMENT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement,

the United States of America by Roger B. Handberg, United States Attorney for the

Middle District of Florida, hereby moves the Court to direct the Clerk to seal the

Indictment, the file copy of the warrant(s), defendant information sheet(s), this

motion, the Court's order regarding this motion and any other documents filed in

this case that would identify the defendant(s). Disclosure of the existence of these

documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the

Indictment in this case except when necessary to provide certified copies of the

Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United

States Marshals Service to release certified copies of the arrest warrant to the case

agent or other appropriate law enforcement and/or to the United States Attorney's

Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

Roger B. Handberg
United States Attorney

By:  /s/ Michael R. Kenneth

Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:     (813) 274-6000
Facsimile:     (813) 274-6358
E-Mail:  michael.kenneth@usdoj.gov